**No. 43695.**—Protests 716397–G, etc., of Amtorg Trading Corp. et al. (New York).

Opinion by BROWN, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43696.**—Protests 784462–G, etc., of J. P. Manning Co. et al. (Boston and New York).

Opinion by BROWN, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43697.**—Protest 810683–G of Personeni Drug Stores (New York).

Opinion by BROWN, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 43698.**—Protests 811481–G, etc., of American Factors, Ltd., et al. (Honolulu).

Opinion by BROWN, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43699.**—Protest 950675–G of I. Goldberg, Inc. (New York).

Opinion by BROWN, J.   The protest was dismissed.

**No. 43700.**—Protests 951404–G, etc., of I. Goldberg & Sons, Inc., et al. (New York).

Opinion by BROWN, J.   The protests were dismissed.

**No. 43701.**—Protests 951412–G, etc., of I. Goldberg, Inc.   (New York).

Opinion by BROWN, J.   The protests were dismissed.

**No. 43702.**—Protests 964103–G (B), etc., of I. Goldberg & Sons, Inc., et al. (New York).

Opinion by BROWN, J.   The protests were dismissed.

**No. 43703.**—Protest 964105–G of I. Goldberg, Inc. (New York).

Opinion by BROWN, J.   The protest was dismissed.

**No. 43704.**—Protests 978522–G, etc., of I. Goldberg & Sons, Inc., et al. (New York).

Opinion by BROWN, J.   The protests were dismissed.